JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIJAH WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>T.L. CAMPBELL, Warden,<br><br>    Respondent. | Case No. EDCV 22-2012-MCS (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: November 18, 2022

MARK C. SCARSI
U.S. DISTRICT JUDGE